IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31432
Summary Calendar
_____

BRIAN STILES,

Plaintiff-Appellant,

versus

TRANSOCEAN OFFSHORE INC.; TRANSOCEAN OFFSHORE VENTURES, INC.,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CV-3347-M
--------------------
August 30, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Brian Stiles (Stiles), a seaman, appeals the district court's grant of summary judgment dismissing his wrongful termination allegations in this Jones Act suit. Stiles argues that Transocean Offshore Ventures, Inc. ("Transocean"), wrongfully terminated him in retaliation for filing this litigation.

Stiles has failed to set forth evidence that Transocean's decision to fire him was motivated in substantial part by the

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

knowledge that Stiles intended to file a personal injury action against Transocean.  Smith v. Atlas Off-shore Boat Serv. Inc., 653 F.2d 1057, 1063-64 (5th Cir. 1981).  Therefore, the district court's grant of summary judgment is AFFIRMED.